**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

LANE MIKEL FEARS,
ADC #163030                                                                                      PLAINTIFF

v.                                           3:19-cv-00099-JM-JJV

CRAIGHEAD COUNTY JAIL ADMINISTRATION                                    DEFENDANT

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.     The Complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

2.     Dismissal of this action is a "strike" under 28 U.S.C. § 1915(g).

3.     It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 11ᵗʰ day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE