# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LANE MIKEL FEARS,
ADC #163030                                                  PLAINTIFF

v.                      3:19-cv-00099-JM-JJV

CRAIGHEAD COUNTY JAIL ADMINISTRATION                  DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed.

Dated this 11th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE